# EXHIBIT A

# Secretary of State
## Corporations Division
### Suite 313, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, Georgia 30334-1530

DATE FILED      : JUNE 6, 2012
DOCKET NUMBER   : 121580006
LOCATION        : BARTOW COUNTY SUPERIOR COURT, #
FEE             : $10.00

**FILING PERSON:**

LAMAR K. MITCHELL, ESQ.
HIGH HOUSE LAW BUILDING
309 SYCAMORE ST.
DECATUR, GA 30030

## CERTIFICATE OF ACKNOWLEDGEMENT

I, Brian P. Kemp, the Secretary Of State of the State of Georgia, do hereby acknowledge the receipt of copies of legal documents relating to service of process upon the following:

**MYBABYCLOTHES.COM LLC
BARTOW COUNTY SUPERIOR COURT, #12CV778
ATTORNEY'S AFFIDAVIT, SUMMONS, COMPLAINT, EXHIBITS**

Said documents are filed with the Secretary Of State under the docket number referred to above. If certified copies are requested, the request must be made by docket number.



BRIAN P. KEMP
Secretary of State